IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,   No. CR S-01-0267 GEB KJM P

vs.

JANELLE LAWLEY,

    Movant.   FINDINGS AND RECOMMENDATIONS

/

Movant, a federal prisoner proceeding pro se, challenges her sentence under 28 U.S.C. § 2255. On October 12, 2001, movant pled guilty to bank fraud under 18 U.S.C. § 1344(1)(2). See Docket Nos. 15, 16. On February 1, 2002, petitioner was sentenced to 21 months imprisonment. See Docket Nos. 25, 27. Movant waived her right to appeal or collaterally attack her conviction or sentence. See Docket Nos. 16 (Plea Agreement, ¶ VIIB), 27 (Judgment).

/////
/////
/////
/////
/////

1

Petitioner's sole claim in this action reads as follows:

Ineffective Assistance of Counsel

Attorney Clifford E. Tedmon attempted to arrange state & federal sentences to run concurrent as public defender for the state & state judge agreed–this attempt was incomplete.

Janelle M. Lawley is being required by federal institution to serve unnecessary sentence time of the sentence for bank fraud–21 months–16 months have been served within state incarceration at Valley State Prison for Women.  Ms. Lawley is currently incarcerated at federal facility–FPC Dublin to complete the remaining five months.

§ 2255 motion at 5.

From the court's file, it appears movant was released from prison on March 17, 2004.  See Docket No. 43 (probation report).  Because petitioner's only challenge is to the length of her term of incarceration, her motion under 28 U.S.C. § 2255 is moot.[1]

In accordance with the above, IT IS HEREBY RECOMMENDED that:

1. Movant's 28 U.S.C. § 2255 motion be denied; and

2. The clerk of the court be directed to close the companion civil case No. S-03-0074 GEB KJM P.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within five days after service of the objections.  The parties are advised

---

[1] Even if the court were to declare that movant spent too much time in prison, the court could not, in response to a § 2255 motion, simply shorten movant's period of supervised release by a commensurate length of time.  U.S. v. Johnson, 529 U.S. 53, 56-60 (2000).  As outlined in Johnson, petitioner is free to seek a shorter term of supervised release by filing a motion under the applicable statute.  Id. at 60.

2

1 | that failure to file objections within the specified time waives the right to appeal the District
2 | Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
3 | DATED: January 23, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1
lawl0267.257