IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,   2:01-cr-0267-GEB-KJM-P

  vs.

JANELLE LAWLEY,

    Movant.   ORDER
_____/

Movant, a federal prisoner proceeding pro se, challenges her sentence under 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On January 24, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within twenty days. No objections to the findings and recommendations have been filed.

Although it appears from the file that movant's copy of the findings and recommendations were returned, movant was properly served. It is the movant's responsibility to keep the court apprised of her current address at all times. Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.

1

1  The court has reviewed the file and finds the findings and recommendations to be
2 supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3 ORDERED that:
4  1. The findings and recommendations filed January 24, 2006, are adopted in full;
5  2. Movant's 28 U.S.C. § 2255 motion is denied; and
6  3. The clerk of the court is directed to close the companion civil case No. S-03-
7 0074 GEB KJM P.
8 Dated:  April 3, 2006

```
                                  /s/ Garland E. Burrell, Jr.
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge
```